UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
UNITED STATES OF AMERICA,     :
    :
v.     :   1:24-cr-00051-PKC
    :
Mohanad Al-Zubaidi, *et al.*,     :
    :
    :
             Defendants.     :
------------------------------------------------------- X

## [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of Tillman J. Finley for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the State of Tennessee, the Commonwealth of Virginia, and the District Columbia and that his contact information is as follows:

> Tillman J. Finley
> Marino Finley LLP
> 818 Connecticut Ave., NW
> Suite 801
> Washington, D.C. 20006
> Telephone: (202) 223-8888

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Shaker Saleh Mohammed Hauter in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: New York, NY

      June 14, 2024

SO ORDERED:

_____
United States District Judge